**STATE of Maine**

**v.**

**Harold F. NORMAN.**

Supreme Judicial Court of Maine.

Argued Jan. 10, 1985.

Decided Jan. 15, 1985.

John R. Atwood, Dist. Atty., William R. Anderson, Asst. Dist. Atty. (orally), Belfast, for plaintiff.

Julio DeSanctis (orally), Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

Paul Aranson, Dist. Atty., Laurence Gardner (orally), Asst. Dist. Atty., Portland, for plaintiff.

Ricky L. Brunette (orally), Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION

Harold F. Norman appeals from his conviction in Superior Court, Cumberland County, of gross sexual misconduct, 17–A M.R.S.A. § 253(1)(B), and unlawful sexual contact, § 255(1)(C). He contends that the evidence was insufficient to support his

conviction. This ·case is governed by our recent decision in *State v. Decesere*, 451 A.2d 636 (Me.1982), wherein we held that the essentially uncorroborated testimony of a young child victim, if not contradictory, unreasonable, or incredible is sufficient to sustain a verdict. Upon careful review of this record, we cannot say that no finder of fact could rationally have found the defendant guilty.

The entry is:

Judgments affirmed.

All concurring.